```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 07 B 00201
   INDOLFO LUNA
   ELIZABETH LUNA                               CHAPTER 13

                                                JUDGE: JACK B SCHMETTERER

         Debtor
   SSN XXX-XX-3775     SSN XXX-XX-3855

------------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 01/05/2007 and was confirmed 03/21/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  36.00%.

     The case was dismissed after confirmation 12/12/2007.
------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                              PAID          PAID
------------------------------------------------------------------------------
CHASE MORTGAGE SERVICES    CURRENT MORTG         .00            .00           .00
CHASE MORTGAGE SERVICES    MORTGAGE ARRE     5002.56            .00       5002.56
CHRYSLER CREDIT            SECURED VEHIC     1149.54            .00           .00
GMAC MORTGAGE              CURRENT MORTG         .00            .00           .00
GMAC MORTGAGE              MORTGAGE ARRE     3500.00            .00       1113.46
NATIONAL CHECK BUREAU      SECURED            818.88          61.36        818.88
INTERNAL REVENUE SERVICE   PRIORITY          1934.77            .00           .00
INTERNAL REVENUE SERVICE   UNSECURED           71.21            .00           .00
ARROW FINANCIAL SERVICES   NOTICE ONLY      NOT FILED           .00           .00
AMANDA LUNA                UNSECURED         1600.00            .00           .00
AMERICASH LOANS LLC        UNSECURED         3799.62            .00           .00
AMERICAN EXPRESS TRAVEL    UNSECURED         1292.26            .00           .00
JEFFERSON CAPITAL SYSTEM   UNSECURED          917.34            .00           .00
BANK ONE                   UNSECURED        NOT FILED           .00           .00
BEST BUY                   UNSECURED        NOT FILED           .00           .00
CAL SVC BUR                NOTICE ONLY      NOT FILED           .00           .00
CAPITAL ONE                UNSECURED         5452.44            .00           .00
CFS DEFICIENCY RECOVERY    UNSECURED        NOT FILED           .00           .00
CHASE MANHATTAN            UNSECURED        NOT FILED           .00           .00
CODILIS & ASSOCIATES ^     UNSECURED        NOT FILED           .00           .00
COLLECTION COMPANY OF AM   NOTICE ONLY      NOT FILED           .00           .00
B-LINE LLC                 UNSECURED         1439.98            .00           .00
DEBT CREDIT SERVICES       UNSECURED        NOT FILED           .00           .00
RJM AQUISITIONS FUNDING    UNSECURED           72.29            .00           .00
WALTER B BUSSE             UNSECURED        NOT FILED           .00           .00
FIRST PREIMER BANK         UNSECURED        NOT FILED           .00           .00
PREMIER BANCARD CHARTER    UNSECURED          394.94            .00           .00
FRIEND FAMILY HEALTH CEN   UNSECURED        NOT FILED           .00           .00
GE SELECT CARD SERVICES    UNSECURED        NOT FILED           .00           .00
GEMB/EXXONMOBIL            UNSECURED        NOT FILED           .00           .00
NATIONAL CAPITAL MANAGEM   UNSECURED         2328.27            .00           .00
GEMB/SAMS                  UNSECURED        NOT FILED           .00           .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 07 B 00201 INDOLFO LUNA & ELIZABETH LUNA
```

```
GREAT SENECA FINANCIAL C  UNSECURED       NOT FILED              .00              .00
HFC USA                   UNSECURED       NOT FILED              .00              .00
HB RHODES                 NOTICE ONLY     NOT FILED              .00              .00
HSBC NV                   UNSECURED       NOT FILED              .00              .00
ECAST SETTLEMENT CORP     UNSECURED          544.41              .00              .00
NATIONAL CAPITAL MANAGEM  UNSECURED         1137.57              .00              .00
ILLINOIS COLLECTION SERV  NOTICE ONLY     NOT FILED              .00              .00
INGALLS MEMORIAL HOSPITA  UNSECURED       NOT FILED              .00              .00
KOHLS                     UNSECURED         1956.42              .00              .00
WORLD FINANCIAL NETWORK   UNSECURED          837.62              .00              .00
MEYERS & NJUS             NOTICE ONLY     NOT FILED              .00              .00
MIDLAND CREDIT MANAGEMEN  NOTICE ONLY     NOT FILED              .00              .00
MIDLAND CREDIT MANAGEMEN  NOTICE ONLY     NOT FILED              .00              .00
MRSI                      UNSECURED       NOT FILED              .00              .00
NCO COLLECTION AGENCY     NOTICE ONLY     NOT FILED              .00              .00
REDWOOD CU                UNSECURED       NOT FILED              .00              .00
RETAILERS NATIONAL BANK   UNSECURED       NOT FILED              .00              .00
RJM ACQUISITIONS          NOTICE ONLY     NOT FILED              .00              .00
ROUNDUP FUNDING LLC       UNSECURED         3471.70              .00              .00
SHERMAN ACQUISITION       NOTICE ONLY     NOT FILED              .00              .00
SHERMAN ACQUISITION       NOTICE ONLY     NOT FILED              .00              .00
UNIFUNDING CCR PARTNERS   UNSECURED         9399.46              .00              .00
UNIFUNDING CCR PARTNERS   UNSECURED        14540.06              .00              .00
WACHOVIA                  UNSECURED       NOT FILED              .00              .00
NATIONAL CAPITAL MANAGEM  UNSECURED          427.31              .00              .00
CAL SVC BUR               UNSECURED         3210.21              .00              .00
JEFFERSON CAPITAL SYSTEM  UNSECURED          761.64              .00              .00
JEFFERSON CAPITAL SYSTEM  UNSECURED          919.07              .00              .00
ECAST SETTLEMENT CORP     UNSECURED         5739.53              .00              .00
PREMIER BANCARD CHARTER   UNSECURED          524.89              .00              .00
NATIONAL CHECK BUREAU     UNSECURED         9044.76              .00              .00
ROUNDUP FUNDING LLC       UNSECURED         1501.02              .00              .00
ILLINOIS DEPT OF REVENUE  PRIORITY          1260.72              .00              .00
LEEDERS & ASSOCIATES LTD  DEBTOR ATTY      1,950.00                           1,950.00
TOM VAUGHN                TRUSTEE                                               608.82
DEBTOR REFUND             REFUND                                              1,630.92

         Summary of Receipts and Disbursements:
----------------------------------------------------------------------------
                       RECEIPTS              DISBURSEMENTS
----------------------------------------------------------------------------
TRUSTEE                  11,186.00

PRIORITY                                              .00
SECURED                                          6,934.90
     INTEREST                                       61.36
UNSECURED                                             .00
ADMINISTRATIVE                                   1,950.00
TRUSTEE COMPENSATION                               608.82

                PAGE  2 - CONTINUED ON NEXT PAGE
         CASE NO. 07 B 00201 INDOLFO LUNA & ELIZABETH LUNA
```

```
DEBTOR REFUND                                                1,630.92
                                      ---------------   ---------------
TOTALS                                      11,186.00         11,186.00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.


Dated: 03/26/08                          /s/ Tom Vaughn
                                         _____
                                         TOM VAUGHN
                                         CHAPTER 13 TRUSTEE